# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2016

## NO. 03-15-00651-CV

**The Estate of Harvey L. Schwartz, Deceased, by and through the Independent Executor of the Estate of Harvey L. Schwartz, Kenneth C. Schwartz, Appellant**

**v.**

**The Estate of Dorothy J. Schwartz, Deceased; Michael Wayne Taylor; and Tana Sue Pyssen, Appellees**

## APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED ON APPELLEES' MOTION ON MOTION FOR REHEARING – OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on June 2, 2014. We withdraw our opinion and judgment dated April 26, 2016, and substitute the following opinion and judgment in their place. Appellees have filed a motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.